1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RALPH ROJAS,                            1:13-cv-00131-SAB (HC)

12            Petitioner,                    ORDER TRANSFERRING CASE TO THE
                                             UNITED STATES DISTRICT COURT FOR
13   vs.                                     THE CENTRAL DISTRICT OF
                                             CALIFORNIA
14   K. HOLLAND,

15            Respondent.

16   _____/

17

18        Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28

19   U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

20        A petition for writ of habeas corpus relief brought pursuant to § 2254 must be filed in the district

21   court for the district in which the prisoner resides or "in the district court for the district within which

22   the State court was held which convicted and sentenced" the prisoner. 28 U.S.C. § 2241(d). The federal

23   venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only

24   in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a

25   judicial district in which a substantial part of the events or omissions giving rise to the claim occurred,

26   or a substantial part of the property that is the subject of the action is situated, or  (3) a judicial district

27   in which any defendant may be found, if there is no district in which the action may otherwise be

28   brought." 28 U.S.C.  § 1391(b).

                                             -1-

1    In this case, Petitioner is challenging a conviction from Riverside County, which is in the Central

2  District of California.  Therefore, the petition should have been filed in the United States District Court

3  for the Central District of California.  In the interest of justice, a federal court may transfer a case filed

4  in the wrong district to the correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918,

5  932 (D.C. Cir. 1974).

6    Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States

7  District Court for the Central District of California.

8    IT IS SO ORDERED.

9  **Dated:    February 4, 2013**                              **/s/ Stanley A. Boone**
                                                                          UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28